**United States District Court**
**District of Massachusetts**

| | | |
|---|---|---|
| **Santos Anibel Veliz Alvarez,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Civil Action No. 26-cv-14896-NMG** |
| **Pamela Bondi, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Santos Anibel Veliz Alvarez ("petitioner" or "Veliz Alvarez"). He contends that Pamela Bondi and other named respondents ("respondents") have subjected him to mandatory detention in violation of his rights under the Fifth Amendment to the United States Constitution.

The parties agree that petitioner is in custody pursuant to 8 U.S.C. §1226(a) and is entitled to a constitutionality sound bond hearing. The Court will construe the petition as a request for a bond hearing. Based upon the reasons set forth in Guerrero Orellana v. Moniz, No. 25-2152, 2026 WL 2352042 (1st Cir. Aug. 13, 2026), the petition for writ of habeas corpus (Docket No. 1) is therefore **ALLOWED**. The Court directs that Veliz Alvarez is to be released unless he is afforded a bond

hearing that complies with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within 7 days of the date of this order.

**So ordered.**

Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: November 12, 2026